NO. 07-03-0334-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 19, 2003

_____


IN THE MATTER OF THE MARRIAGE OF MISTY JEAN HAMMITT
AND KENNETH BRITT HAMMITT AND IN THE INTEREST OF
KENNETH DAKOTA HAMMITT, HALEY ELIZABETH HAMMITT,
AND TORI ANNE HAMMIT, CHILDREN


_____


FROM THE 316TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 33,669; HONORABLE JOHN LAGRONE, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.


**MEMORANDUM OPINION**


Appellant Misty Jean Hammitt filed a notice of appeal from the trial court's order

clarifying a final decree of divorce.  Pending before this Court is her motion to dismiss the

appeal by which she requests that we withdraw her notice of appeal.

Without passing on the merits of the case, pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice